Judith A. Lockhart, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Tel.: 212-238-8603
Fax: 212-732-3232

- and –

Darren K. Nelson, Esq.
Rodger M. Burge, Esq.
PARR BROWN GEE & LOVELESS
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Tel.: 801-532-7840
Fax: 801-532-7750

*Attorneys for Defendants Hill Top Research
Corporation and DW Healthcare Partners, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOREL OPERATING CO., LLC,                : CASE No. 05-Cv-10574 (TPG)
                                         :
            Plaintiff,                   : ECF Case
                                         :
    -against-                            : STIPULATION OF DISMISSAL
                                         : AS TO DEFENDANT DW
HILLTOP RESEARCH, INC.                   : **HEALTHCARE PARTNERS, L.P.**
HILLTOP RESEARCH COPRORATION, and        : **PURSUANT TO RULE 41(a)(1)(A)**
DW HEALTHCARE PARTNERS,                  :
                                         :
            Defendants.                  :
                                         :
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, that pursuant to Federal Rules of

Civil Procedure 41(a)(1)(A)(ii), Plaintiff Morel Operating Co., LLC, hereby dismisses this action

without prejudice against DW Healthcare Partners, L.P., with each party to bear its own costs

and attorneys' fees. For the avoidance of doubt, this Stipulation does not affect the Plaintiff's

claims against the other defendants.

7028595.2

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts with email, PDF or facsimile signatures treated as originals.

Dated: New York, New York
      June 5, 2012

/s/ Mordechai Lipkis
Mordechai Lipkis
350 Broadway, Suite 1105
New York, New York 10013
Tel.: 212-925-4023
Fax.: 212-925-4702

*Attorney for Plaintiff Morel Operating Co., LLC*

CARTER LEDYARD & MILBURN LLP

By: _____
Judith A. Lockhart
2 Wall Street
New York, NY 10005
Tel.: 212-238-8603
Fax: 212-732-3232

- and -

PARR BROWN GEE & LOVELESS, P.C.
Rodger M. Burge
185 S. State Street, Suite 800
Salt Lake City, Utah 84111
Tel.: 801-532-7840
Fax: 801-532-7750

*Attorneys for Defendants Hill Top Research Corporation and DW Healthcare Partners, L.P.*

SO ORDERED:

_____
U.S.D.J.
June 13, 2012

-2-